UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN GREGORY GILLASPY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01666-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT<br><br>(ECF No. 12) |

Shawn Gregory Gillaspy ("Plaintiff") filed this action challenging the final decision of the Commissioner of Social Security's final decision denying his application for Social Security Benefits. On December 23, 2019, and January 4, 2020, the parties consented to the jurisdiction of the United States magistrate judge for all purposes. On June 19, 2020, a stipulation for voluntary remand was filed in this action.

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand;

2. All pending dates and matters are VACATED; and

/ / /

3.   Judgment is ENTERED in favor of Plaintiff Shawn Gregory Gillaspy and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **June 19, 2020**

UNITED STATES MAGISTRATE JUDGE